AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____COLORADO_____

UNITED STATES OF AMERICA

V.

JAMES HOWARD TARR

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 12-po-00005-GJR

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Gudrun J. Rice          Magistrate Judge
Name of Judge           Title of Judge

4/24/2012
_____
              Date